# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129563

THERESA SAGE,
        Plaintiff-Appellee,

v

BRIGHTON INTERIOR SYSTEMS and
CONTINENTAL CASUALTY COMPANY,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129563
COA: 261634
WCAC: 04-000019

 

On order of the Court, the application for leave to appeal the August 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

t0123